# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3679

_____

United States of America,

        Appellee,

v.

Ferris T. Valentine,

        Appellant.

\* Appeal from the United States
\* District Court for the
\* District of Nebraska.
\* [UNPUBLISHED]

_____

Submitted: December 1, 2000
Filed: December 6, 2000

_____

Before McMILLIAN, RICHARD S. ARNOLD, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Ferris T. Valentine appeals the district court's[1] denial of his Federal Rule of Civil Procedure 60(b)(6) motion to set aside the judgment so that he could timely file a notice of appeal. Having carefully reviewed the record, we affirm the judgment of the district court. See 8th Cir. R. 47A(a).

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.